UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                          §
                                                §
MANES, PATRICIA C.                              §        Case No. 13-11797
                                                §
                        Debtor(s)               §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter    of the United States Bankruptcy Code was filed on
    .   The undersigned trustee was appointed on                    .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to
the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned
pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the
disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                    $

        Funds were disbursed in the following amounts:

        Payments made under an interim
        disbursement
        Administrative expenses
        Bank service fees
        Other payments to creditors
        Non-estate funds paid to 3rd Parties
        Exemptions paid to the debtor
        Other payments to the debtor

        Leaving a balance on hand of[1]                    $

    The remaining funds are available for distribution.

------

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement
will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the
maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was                         and the deadline for filing governmental claims was                    . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $            .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $         as interim compensation and now requests a sum of $            , for a total compensation of $          $^2$.  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $       , and now requests reimbursement for expenses of $         , for total expenses of $          $^2$.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.


Date:_____     By:/s/Joseph A. Baldi_____
                                                          Trustee


**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---
$^2$If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1 - PATRICIA MANES

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   1

Exhibit A

| Case No: | 13-11797 | PSH   Judge: Pamela S. Hollis |
|---|---|---|
| Case Name: | MANES, PATRICIA C. | |

For Period Ending:  03/05/15

| Trustee Name: | Joseph A. Baldi |
|---|---|
| Date Filed (f) or Converted (c): | 03/22/13 (f) |
| 341(a) Meeting Date: | 05/16/13 |
| Claims Bar Date: | 03/21/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. Single Family Home 1313 Salford, Schaumburg, IL 60<br>order entered 3/13/14 compelling Trustee to abandon property | 300,000.00 | 0.00 | OA | 0.00 | FA |
| 2. Single Family Home 900 N. 8th Ave. Maywood, IL  60 (u) | 50,000.00 | 0.00 | | 0.00 | FA |
| 3. Stock<br>300 Shares of Walgreen Stock | 14,000.00 | 16,205.94 | | 18,155.94 | FA |
| 4. Checking account | 2,050.00 | 0.00 | | 0.00 | FA |
| 5. HOUSEHOLD GOODS | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. Wearing Apparel | 3,000.00 | 0.00 | | 0.00 | FA |
| 7. 2002 Dodge Ram | 3,000.00 | 0.00 | | 0.00 | FA |
| 8. Dog | 25.00 | 0.00 | | 0.00 | FA |
| 9. Dividends from Walgreens stock (u)<br>Trustee recovered quarterly dividends paid; will collect until stock sold | 0.00 | 0.00 | | 159.75 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)              $373,075.00              $16,205.94                            $18,315.69              $0.00

(Total Dollar Amount in Column 6)

FORM 1 - PATRICIA MANES
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:    2

Exhibit A

| | | |
|---|---|---|
| Case No: | 13-11797    PSH    Judge: Pamela S. Hollis | |

Trustee Name:             Joseph A. Baldi
Case Name:    MANES, PATRICIA C.
Date Filed (f) or Converted (c):    03/22/13 (f)
341(a) Meeting Date:    05/16/13
Claims Bar Date:    03/21/14

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Debtor had an interest in 300 shares of Walgreens stock. However, Debtor had lost original stock certificate. Trustee
was able to transfer 100 shares of the stock to an estate stock account. Trustee received court authority on 6/26/14 to
obtain indemnity bond which is necessary to obtain replacement certificate in order to ulitmately sell stock. Upon
receipt of replacment certificate, Truste transferred remaing 200 shares and liquidating the stock in the estate stock
account. Trustee obtained proceeds of approximately $18,000 from the sale of 300 shares of Walgreens stock. Trustee
filed tax returns, reviewed claims filed and is the process of preparing his Final Report.

Initial Projected Date of Final Report (TFR): 01/31/15        Current Projected Date of Final Report (TFR): 01/31/15

/s/    Joseph A. Baldi
_____    Date: 03/05/15
     JOSEPH A. BALDI

FORM 2   PATRICIA C. MANES                                                                      Page:   1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                                Exhibit B

| Case No: | 13-11797 -PSH | Trustee Name: | Joseph A. Baldi |
| Case Name: | MANES, PATRICIA C. | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******6826  Checking Account |

| Taxpayer ID No: | *******9788 | |
| For Period Ending: | 03/05/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/20/13 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 63.00 | | 63.00 |
| 02/05/14 | 003001 | International Sureties 701 Poydras Street #420 New Orleans, LA 70139 | Bond Premium Payment Annual premium payment | 2300-000 | | 0.05 | 62.95 |
| 03/14/14 | 9 | WALGREENS | DIVIDEND PAID - WALGREENS STOCK | 1223-000 | 31.50 | | 94.45 |
| 06/16/14 | 9 | WALGREENS Wells Fargo Bank, N.A. Disbursing Agent | DIVIDEND PAID - WALGREENS STOCK | 1223-000 | 31.50 | | 125.95 |
| 08/07/14 | 003002 | SHAREOWNER SERVICES LOST SECURITIES DEPARTMENT PO BOX 64854 ST. PAUL, MN 55164-0854 | PROCESSING FEE - LOST STOCK CERT. Processing Fee for Indemnity Bond to Secure New Stock Certificates | 2420-000 | | 50.00 | 75.95 |
| 09/19/14 | 9 | WALGREENS Wells Fargo Bank, N.A. Disbursing Agent | DIVIDEND PAID - WALGREENS STOCK | 1129-000 | 33.75 | | 109.70 |
| 10/24/14 | 3 | WELLS FARGO BANK, N.A. Disbursing Agent | SALE OF WALGREENS STOCK | 1129-000 | 18,155.94 | | 18,265.64 |
| 11/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 18,255.64 |
| 12/05/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 26.26 | 18,229.38 |

Page Subtotals                                  18,315.69              86.31

FORM 2   **PATRICIA C. MANES**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   2

Exhibit B

| Case No: | 13-11797  -PSH | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|
| Case Name: | MANES, PATRICIA C. | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******6826  Checking Account |
| Taxpayer ID No: | *******9788 | | |
| For Period Ending: | 03/05/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 12/22/14 | 003003 | PATRICA A. MANES 1313 SALFORD AVENUE SCHAUMBURG, IL 60193 | Debtor's Exemption | 8100-002 | | 1,950.00 | 16,279.38 |
| 01/07/15 | 003004 | ILLINOIS DEPT. OF REVENUE P.O. BOX 19053 SPRINGFIELD, IL 62794-9053 | 2014 Illinois State Tax Due Illinois Form IL-1041-V | 2820-000 | | 83.00 | 16,196.38 |
| 01/08/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 27.10 | 16,169.28 |

|  | | | |
|---|---|---|---|
| COLUMN TOTALS | 18,315.69 | 2,146.41 | 16,169.28 |
| Less:  Bank Transfers/CD's | 63.00 | 0.00 | |
| Subtotal | 18,252.69 | 2,146.41 | |
| Less:  Payments to Debtors | | 1,950.00 | |
| Net | 18,252.69 | 196.41 | |

|  | | |
|---|---|---|
| Page Subtotals | 0.00 | 2,060.10 |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 6)*

LFORM24

Ver: 18.04

FORM 2    PATRICIA C. MANES

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    3

Exhibit B

| | |
|---|---|
| Case No: | 13-11797  -PSH |
| Case Name: | MANES, PATRICIA C. |
| | |
| Taxpayer ID No: | *******9788 |
| For Period Ending: | 03/05/15 |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******0045  Checking Account (Non-Interest Earn |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/16/13 | 9 | WALGREENS | 2nd Quarter Dividend Payment | 1223-000 | 31.50 | | 31.50 |
| 12/16/13 | 9 | WALGREENS | 3rd Quarter Dividend Payment | 1223-000 | 31.50 | | 63.00 |
| 12/20/13 | | Trsf To Associated Bank | FINAL TRANSFER | 9999-000 | | 63.00 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 63.00 | 63.00 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 63.00 | |
| Subtotal | 63.00 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 63.00 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - *******6826 | 18,252.69 | 196.41 | 16,169.28 |
| Checking Account (Non-Interest Earn - *******0045 | 63.00 | 0.00 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 18,315.69 | 196.41 | 16,169.28 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    63.00    63.00

**UST Form 101-7-TFR (5/1/2011)** *(Page: 7)*

LFORM24

Ver: 18.04

**EXHIBIT C TO TFR - CLAIMS (MANES)**

# PROPOSED DISTRIBUTION

| | | | |
|---|---|---|---|
| Case Number: 13-11797    PSH | | Page  1 | Date: March 5, 2015 |
| Debtor Name: MANES, PATRICIA C. | | | |

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Payment | Interest Paid To Date | Proposed Interest | Total Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Beginning Balance | | | | | | | | | | $16,169.28 |
| | **Claim Type 2100-00 - Trustee Compensation** | | | | | | | | | | |
| | Joseph A. Baldi COMPENSATION | Admin | 001 | $2,118.27 | $0.00 | $2,118.27 | $2,118.27 | $0.00 | $0.00 | $2,118.27 | $14,051.01 |
| | Percent Paid: 100.00000 % | | | | | | | | | | |
| | **Subtotal For Claim Type 2100-00** | | | $2,118.27 | $0.00 | $2,118.27 | $2,118.27 | $0.00 | $0.00 | $2,118.27 | |
| | **Claim Type 2200-00 - Trustee Expenses** | | | | | | | | | | |
| | Joseph A. Baldi EXPENSES | Admin | 001 | $36.79 | $0.00 | $36.79 | $36.79 | $0.00 | $0.00 | $36.79 | $14,014.22 |
| | Percent Paid: 100.00000 % | | | | | | | | | | |
| | **Subtotal For Claim Type 2200-00** | | | $36.79 | $0.00 | $36.79 | $36.79 | $0.00 | $0.00 | $36.79 | |
| | **Claim Type 2300-00 - Bond Payments** | | | | | | | | | | |
| BOND | International Sureties 701 Poydras Street  #420 New Orleans, LA 70139 | Admin | 001 | $0.05 | $0.05 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $14,014.22 |
| | Percent Paid: 100.00000 % | | | | | | | | | | |
| | **Subtotal For Claim Type 2300-00** | | | $0.05 | $0.05 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| | **Claim Type 2420-00 - Costs to Secure/Maintain** | | | | | | | | | | |
| | SHAREOWNER SERVICES LOST SECURITIES DEPT PO BOX 64854 ST. PAUL, MN 55164-0854 | Admin | 001 | $50.00 | $50.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $14,014.22 |
| | Percent Paid: 100.00000 % | | | | | | | | | | |
| | **Subtotal For Claim Type 2420-00** | | | $50.00 | $50.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

**EXHIBIT C TO TFR - CLAIMS (MANES)**

## PROPOSED DISTRIBUTION

Case Number: 13-11797      PSH                                                    Page  2                                                    Date: March 5, 2015

Debtor Name: MANES, PATRICIA C.

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Payment | Interest Paid To Date | Proposed Interest | Total Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Claim Type 3110-00 - Attorney for Trustee Fees** | | | | | | | | | | | |
| | BALDI BERG<br>20 NORTH CLARK STREET<br>SUITE 200<br>CHICAGO, IL 60602 | Admin | 001<br>Percent Paid: 100.00000 % | $5,255.00 | $0.00 | $5,255.00 | $5,255.00 | $0.00 | $0.00 | $5,255.00 | $8,759.22 |
| | **Subtotal For Claim Type 3110-00** | | | $5,255.00 | $0.00 | $5,255.00 | $5,255.00 | $0.00 | $0.00 | $5,255.00 | |
| **Claim Type 3120-00 - Attorney for Trustee Expenses** | | | | | | | | | | | |
| | BALDI BERG<br>20 NORTH CLARK STREET<br>SUITE 200<br>CHICAGO, IL 60602 | Admin | 001<br>Percent Paid: 100.00000 % | $572.50 | $0.00 | $572.50 | $572.50 | $0.00 | $0.00 | $572.50 | $8,186.72 |
| | **Subtotal For Claim Type 3120-00** | | | $572.50 | $0.00 | $572.50 | $572.50 | $0.00 | $0.00 | $572.50 | |
| **Claim Type 3310-00 - Accountant for Trustee Fees** | | | | | | | | | | | |
| | Popowcer Katten, Ltd<br>35 E. Wacker Drive<br>Suite 1550<br>Chicago, Il  60601-2207 | Admin | 001<br>Percent Paid: 100.00000 % | $900.00 | $0.00 | $900.00 | $900.00 | $0.00 | $0.00 | $900.00 | $7,286.72 |
| | **Subtotal For Claim Type 3310-00** | | | $900.00 | $0.00 | $900.00 | $900.00 | $0.00 | $0.00 | $900.00 | |
| | Subtotals For Class Administrative   100.00000 % | | | $8,932.61 | $50.05 | $8,882.56 | $8,882.56 | $0.00 | $0.00 | $8,882.56 | |
| **Claim Type 7100-00 - General Unsecured 726(a)(2)** | | | | | | | | | | | |
| 000001 | American InfoSource LP<br>as agent for TD Bank, USA<br>PO Box 248866 | Unsec | 070<br>Percent Paid: 100.31028 % | $4,589.47 | $0.00 | $4,589.47 | $4,589.47 | $0.00 | $14.24 | $4,603.71 | $2,683.01 |

PROPDIS5

**EXHIBIT C TO TFR - CLAIMS (MANES)**

## PROPOSED DISTRIBUTION

Case Number: 13-11797     PSH                                    Page  3                                    Date: March 5, 2015

Debtor Name: MANES, PATRICIA C.

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Payment | Interest Paid To Date | Proposed Interest | Total Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Claim Type 7100-00 - General Unsecured 726(a)(2)** | | | | | | | | | | | |
| | Oklahoma City, OK 73124-8866 | | | | | | | | | | |
| | **Subtotal For Claim Type 7100-00** | | | $4,589.47 | $0.00 | $4,589.47 | $4,589.47 | $0.00 | $14.24 | $4,603.71 | |
| **Claim Type 8100-00 - Debtor Exemptions** | | | | | | | | | | | |
| | PATRICA C. MANES | Unsec | 999 | $1,950.00 | $1,950.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,683.01 |
| | 1313 SALFORD AVENUE | | Percent Paid: 100.00000 % | | | | | | | | |
| | SCHAUMBURG, IL 60193 | | | | | | | | | | |
| | new address for Debtor: | | | | | | | | | | |
| | 760 Bluff St. | | | | | | | | | | |
| | Carol Stream, IL 60188 | | | | | | | | | | |
| | **Subtotal For Claim Type 8100-00** | | | $1,950.00 | $1,950.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| **Claim Type 8200-00 - Surplus Funds Paid to Debtor** | | | | | | | | | | | |
| | PATRICIA C. MANES | Unsec | 999 | $2,683.01 | $0.00 | $2,683.01 | $2,683.01 | $0.00 | $0.00 | $2,683.01 | $0.00 |
| | 760 BLUFF STREET | | Percent Paid: 100.00000 % | | | | | | | | |
| | CAROL STREAM, IL  60188 | | | | | | | | | | |
| | **Subtotal For Claim Type 8200-00** | | | $2,683.01 | $0.00 | $2,683.01 | $2,683.01 | $0.00 | $0.00 | $2,683.01 | |
| Subtotals For Class Unsecured | 100.15441 % | | | $9,222.48 | $1,950.00 | $7,272.48 | $7,272.48 | $0.00 | $14.24 | $7,286.72 | |

## EXHIBIT C TO TFR - CLAIMS (MANES)

# PROPOSED DISTRIBUTION

Case Number: 13-11797     PSH

Page  4

Date: March 5, 2015

Debtor Name: MANES, PATRICIA C.

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Payment | Interest Paid To Date | Proposed Interest | Total Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|---|---|---|
| << Totals >> | | | | $18,155.09 | $2,000.05 | $16,155.04 | $16,155.04 | $0.00 | $14.24 | $16,169.28 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.  Interest was calculated from the Case Petition Date of 03/22/13 through 04/15/15 at a rate of 0.15% (annualized simple interest).

PROPDIS5

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-11797
Case Name: MANES, PATRICIA C.
Trustee Name: Joseph A. Baldi

Balance on hand                                            $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joseph A. Baldi | $ | $ | $ |
| Trustee Expenses: Joseph A. Baldi | $ | $ | $ |
| Attorney for Trustee Fees: BALDI BERG | $ | $ | $ |
| Attorney for Trustee Expenses: BALDI BERG | $ | $ | $ |
| Accountant for Trustee Fees: Popowcer Katten, Ltd | $ | $ | $ |
| Other: International Sureties | $ | $ | $ |
| Other: SHAREOWNER SERVICES | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses    $_____

Remaining Balance                                         $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $      must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | American InfoSource LP | $ | $ | $ |

Total to be paid to timely general unsecured creditors        $_____

Remaining Balance        $_____

Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be        percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of        % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $        . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $        .