UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Patricia C. Manes, | ) | Case No. 13-11797 |
| | ) | Hon. Pamela S. Hollis |
| Debtor. | ) | Hearing Date: March 31, 2015 |
| | ) | Hearing Time: 10:30 A.M. |

**COVER SHEET FOR APPLICATION FOR
PROFESSIONAL COMPENSATION**

Name of Applicant:              Joseph A. Baldi, Trustee

Authorized to Provide
Professional Services to:       Estate

Date of Order Authorizing
Employment:                     March 22, 2013

Period for Which
Compensation is sought:         July 1, 2013 to Close of Case

Amount of Fees sought:          $2,118.27

Amount of Expense
Reimbursement sought:           $36.79

This is an:   Interim Application __        Final Application   *X*

If this is <u>not</u> the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed |
|---|---|---|---|
| | | | |

The aggregate amount of fees and expenses <u>paid</u> to the Applicant to date for services rendered and expenses incurred herein is:  $0.00  .

Dated: March 6, 2015                      Joseph A. Baldi, Trustee of the Estate of
                                          Patricia C. Manes, Debtor

                                          By:    /s/Joseph A. Baldi, Trustee

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 13-11797 |
| Patricia C. Manes | ) | Hon. Pamela S. Hollis |
| | ) | Hearing Date: March 31, 2015 |
| Debtor. | ) | Hearing Time: 10:30 A.M. |

**Application for Allowance and Payment of Final Compensation of Joseph A. Baldi, as Trustee**

Joseph A. Baldi, not personally but solely as trustee ("Trustee") of the estate ("Estate") of Patricia C. Manes, debtor ("Debtor"), pursuant to sections 326 and 330 of title 11, United States Code ("Code"), requests this Court to enter an order allowing and authorizing payment to Trustee of $2,118.27 as final compensation for his services rendered as trustee in this case from the date of his appointment through the close of this case and reimbursement of expenses in the amount of $36.79. In support thereof, Trustee states as follows:

**Introduction**

1. This case was commenced on March 22, 2013 by the filing of a voluntary petition for relief under chapter 7 of the Code. Joseph A. Baldi is the duly appointed, qualified and acting chapter 7 trustee in this case.

2. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

3. The sole asset of this Estate is an interest in 300 shares of Walgreens stock ("Stock") which was owned by the Debtor at the time of filing.

4. The bar date for filing claims in this case was March 21, 2014.

**Prior Compensation**

5. This is the first and final application ("Application") for allowance of compensation filed by Trustee in this case.

6. Trustee has not previously received or been promised any payments for services rendered or to be rendered in this case except as set forth above.

**Services Rendered by Trustee**

7. Since his appointment, Trustee has performed actual, necessary and valuable services on behalf of the Estate with a total value of $4,916.50. Itemized billing statements describing the Trustee's services from the date of his appointment through the close of the case are attached hereto as Exhibit A. Those services rendered by Trustee since his appointment in this case include but are not limited to the following:

A. Trustee transferred the Stock from the Debtor's original account into a new account controlled by the Estate. Furthermore, since Debtor had lost the original stock certificate, Trustee had to obtain a bond of indemnity in order for a new stock certificate to be issued. After consulting with several indemnity bond providers, Trustee obtained a bond of indemnity. Trustee than transferred the stock into the account controlled by the estate. Trustee then liquidated the stock and received funds in the amount of $18,315.69;

B. Trustee invested and accounted for all funds received by the Estate and set up and maintained all bank accounts for the Estate;

C. Trustee set up and maintained a computerized case management system for the Estate in order to efficiently keep track of records relating to the Estate's case history, assets, claims and banking activities;

D. Trustee prepared the semi-annual reports required by the United States Trustee and met with representatives of the U.S. Trustee regarding the administration and status of the case;

E.  Trustee, supervised by his accountants, prepared income tax returns for the Estate for the year 2014; and

F.  Trustee otherwise administered this Estate and directed the allocation, liquidation and distribution of assets to creditors herein.

### Funds Collected and Disbursed by Trustee

8.  Trustee has collected the sum of $18,315.69 on behalf of the Estate. Trustee has made $2,146.41 in disbursements in this case as of the date hereof.

9.  A copy of the *Form I Individual Estate Property Record and Report* showing the disposition of the assets of this Estate is attached to Trustee's Final Report as Exhibit B.

### Compensation Requested

10. During the period covered by this Application, Trustee has spent 21.10 hours rendering services on behalf of this Estate with a value of $4,916.50. Trustee estimates that he will spend an additional three (3) hours rendering services with a value of $800.00 to obtain approval of the final report, make a final distribution to creditors, and prepare and file his final account. In addition to the amounts requested for services previously rendered, Trustee also seeks allowance and payment of compensation for the services he will render in order to close this case.

11. The maximum compensation allowable to Trustee pursuant to section 326 of the Code, based upon the receipts and disbursements listed above[1], is $2,118.27 as follows:

| | |
|---|---|
| 25% of the first $5,000.00 | $1,250.00 |
| 10% of the next $9,272.89 | $ 868.27 |
| **Total allowable compensation** | **$2,118.27** |

---

[1] Trustee has excluded the amount of $1,950 paid to Debtor for her personal property exemption in the Walgreens Stock. Trustee has also excluded the amount which will be paid to Debtor as surplus funds.

3

12. Based upon the caliber of the services rendered by Trustee and the results achieved in this case, Trustee requests allowance and payment of final compensation for his services rendered as trustee from July 1, 2013 to the close of this case in the amount of $2,118.27. This amount represents reasonable compensation for the services rendered by Trustee and is within the maximum compensation allowable as set forth in paragraph 11 above.

13. An affidavit pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure, executed by Joseph A. Baldi, as trustee, is attached hereto as Exhibit B.

14. Trustee requests that the compensation requested herein be paid from the Estate funds in his possession.

### Reimbursement of Expenses

15. Trustee incurred actual and necessary expenses in the amount of $36.79 for which he requests reimbursement. The expenses were incurred in connection with the mailing of a bond of indemnity letter and estate tax returns which were sent by certified mail. A detailed listing of the expenses incurred is included within the billing statements attached hereto as Exhibit A.

### Status of the Case

16. The Trustee has liquidated or abandoned all of the assets belonging to this Estate and completed his review and analysis of the claims filed against the Estate.

17. Trustee has completed and filed his Final Report simultaneously herewith. Final fee applications for the Trustee's attorneys and accountants are being filed concurrently herewith.

WHEREFORE, Joseph A. Baldi, as trustee of the Estate Patricia C. Manes, debtor, requests the entry of an order providing the following:

   A. Allowing and authorizing payment to Trustee of final compensation in the amount of $2,118.27 for his actual and necessary professional services rendered and to be rendered on behalf of this Estate;

   B. Allowing and authorizing reimbursement of expenses to Trustee in the connection with the services rendered in the amount of $36.79; and

   C. For such other and further relief as this Court deems appropriate.

Dated:  March 6, 2015   Joseph A. Baldi, as trustee of the estate
            of Patricia C. Manes, debtor

            By:_____
              Joseph A. Baldi

Joseph A. Baldi
Baldi Berg, Ltd.
20 N. Clark Street, Ste. 200
Chicago, IL  60602
(312) 726-8150

5

**Trustee's Itemized Billing Statements**

**Exhibit A**

**Baldi Berg, Ltd.**
20 N. Clark Street
Suite 200
Chicago, IL 60602

**Phone:** (312) 726-8150
**Fax:** (312) 470-6323

**FEIN:** 36-4352753

**Invoice submitted to:**

January 19, 2015
Invoice No:    02549

Joseph A Baldi
Baldi Berg, Ltd.
20 North Clark Street
Suite 200
Chicago, IL 60602

**In Reference to:**   *Manes - Trustee Matters*

**Professional Services**

| Date | Staff | Description | Hours | Charges |
|---|---|---|---|---|
| 7/01/2013 | JMM | Review Fax from Siegel re: Stock Information (.3), Review and fill-out form (.4) | 0.70<br>$175.00/ hr | $122.50 |
| 9/16/2013 | JMM | Request new bank account from Congressional (.1), Opened bank account in TCMS (.1), Deposited Check into TCMS (.1), Send Check to Congressional via FedEx (.1) | 0.40<br>$175.00/ hr | $70.00 |
| 10/25/2013 | JMM | Process September 2013 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20<br>$175.00/ hr | $35.00 |
| 11/18/2013 | JAB | Open and approve October 2013 bank statement | 0.10<br>$450.00/ hr | $45.00 |
| 11/18/2013 | JMM | Process October 2013 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20<br>$175.00/ hr | $35.00 |
| 11/19/2013 | JAB | Confer with JMM, review documents, bond requirements for lost certificates, sale of share held in account. Execute documents re same. | 0.50<br>$450.00/ hr | $225.00 |

**Baldi Berg, Ltd**                                                         1/19/2015

Manes - Trustee Matters                                              Page    2

| Date | Initials | Description | Hours / Rate | Amount |
|---|---|---|---|---|
| 12/10/2013 | JAB | Open and approve November 2013 bank statement | 0.10<br>$450.00/ hr | $45.00 |
| 12/11/2013 | JMM | Process November 2013 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20<br>$175.00/ hr | $35.00 |
| 1/09/2014 | JMM | Review email from Jake Karstens re: Bond Application w/ Ohio Casualty (.2), Search Ohio Casualty credit rating (.1) | 0.30<br>$175.00/ hr | $52.50 |
| 1/16/2014 | JAB | Review and follow up on request for bond for lost certificates. | 0.50<br>$450.00/ hr | $225.00 |
| 1/20/2014 | JAB | Open and approve December 2013 bank statement | 0.10<br>$450.00/ hr | $45.00 |
| 1/20/2014 | JMM | Process and Reconcile Congressional Bank Transfer Statement (.1), Process December 2013 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.30<br>$175.00/ hr | $52.50 |
| 1/21/2014 | RKP | Review case file and information regarding estate tax obligation (.1); prepare memo to J. Baldi and L. West re: same (.1) | 0.20<br>$195.00/ hr | $39.00 |
| 2/05/2014 | JMM | Run Bond report, prep premium payment; Prep transmittal to International Securities re same | 0.20<br>$175.00/ hr | $35.00 |
| 2/15/2014 | JAB | Open and approve January 2014 bank statement | 0.10<br>$450.00/ hr | $45.00 |
| 2/17/2014 | JMM | Process January 2014 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20<br>$175.00/ hr | $35.00 |
| 3/14/2014 | JMM | Deposit Dividend Check into TCMS (.1), Deposit Check with Associated Bank via Scanner (.1) | 0.20<br>$175.00/ hr | $35.00 |
| 3/21/2014 | JAB | Open and approve February 2014 Bank Statement | 0.10<br>$450.00/ hr | $45.00 |

**Baldi Berg, Ltd**                                                          1/19/2015

Manes - Trustee Matters                                                Page    3

---

| Date | Initials | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 3/21/2014 | JMM | Process February 2014 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20<br>$175.00/ hr | $35.00 |
| 4/30/2014 | JAB | Open, review and approve March 2014 Bank Statement | 0.10<br>$450.00/ hr | $45.00 |
| 4/30/2014 | JMM | Process March 2014 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20<br>$175.00/ hr | $35.00 |
| 5/01/2014 | JMM | Review case file, correspondences, and submitted Bond applications (.2), Draft supplementary information form re: Indemnity Bond from Hyde Agency (.4), Draft email to L. Scheels @ Hyde Agency re: same (.2) | 0.80<br>$175.00/ hr | $140.00 |
| 5/08/2014 | JAB | Open and Approve April 2014 Bank Statement | 0.10<br>$450.00/ hr | $45.00 |
| 5/08/2014 | JMM | Process April 2014 Bank Statement (.1), Reconcile Bank Statement (.1) | 0.20<br>$175.00/ hr | $35.00 |
| 6/12/2014 | JAB | Open, review, and approve May '14 bank statements | 0.10<br>$450.00/ hr | $45.00 |
| 6/12/2014 | JMM | Process May 2014 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20<br>$175.00/ hr | $35.00 |
| 6/23/2014 | RKP | Meet with Trustee re: status of case and open issues to resolve to close case | 0.10<br>$195.00/ hr | $19.50 |
| 6/25/2014 | JMM | Review email from Clerk re: recent filing (.1), TC to Clerk re: same (.1) | 0.20<br>$175.00/ hr | $35.00 |
| 6/27/2014 | JMM | TC to Blaikie Group re: entered order, check amount, procedure after obtaining bonds from Blaikie Group (.2), Cut firm check re: Indemnity Bond Premium (.1), Draft Letter to Blaikie Group re - Order & Bond Premium Check (.3), Prepare FedEx Label and trip to FedEx to | 0.80<br>$175.00/ hr | $140.00 |

**Baldi Berg, Ltd**                                                                1/19/2015

Manes - Trustee Matters                                                         Page    4

---

|            |     |                                                                                                          |                      |          |
|------------|-----|----------------------------------------------------------------------------------------------------------|----------------------|----------|
|            |     | send Bond Premium Check to Blaikie Group (.2)                                                            |                      |          |
| 7/15/2014  | JAB | Open and approve June 2014 bank statement                                                                | 0.10<br>$450.00/ hr  | $45.00   |
| 7/16/2014  | JMM | Process June 2014 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1)                            | 0.20<br>$175.00/ hr  | $35.00   |
| 7/18/2014  | RKP | Review case file, including schedules and amended schedules; update system information in order to prepare forms 1, 2 and 3 for filing | 0.40<br>$195.00/ hr  | $78.00   |
| 8/07/2014  | JAB | Review forms for transfer of shares, lost certificate bond, execute same. Confer with JMM re follow up.  | 0.50<br>$450.00/ hr  | $225.00  |
| 8/12/2014  | JAB | Review and approve July 14 Bank Statement                                                                | 0.10<br>$450.00/ hr  | $45.00   |
| 8/13/2014  | JMM | Process July 2014 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1)                            | 0.20<br>$175.00/ hr  | $35.00   |
| 9/05/2014  | JMM | Process August 2014 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1)                          | 0.20<br>$175.00/ hr  | $35.00   |
| 9/09/2014  | JMM | TC from UST re: Request for Letter of Appointment (.2), Respond to email from Connie @ UST (.1)          | 0.30<br>$175.00/ hr  | $52.50   |
| 9/19/2014  | JMM | Deposit check into TCMS (.1), Send check to Associated Bank via scanner (.1)                             | 0.20<br>$175.00/ hr  | $35.00   |
| 10/07/2014 | JAB | Review and approve September 14 Bank Statement                                                           | 0.10<br>$450.00/ hr  | $45.00   |
| 10/07/2014 | JMM | Process September 2014 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1)                       | 0.20<br>$175.00/ hr  | $35.00   |

**Baldi Berg, Ltd**                                                                 1/19/2015

Manes - Trustee Matters                                                        Page    5

| Date | | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 10/13/2014 | JAB | Confer with JMM and Wells Fargo customer service re sale of stock, execute documents re same. | 0.40<br>$450.00/ hr | $180.00 |
| 10/23/2014 | JMM | Review October 2014 Account Statement re: Transfer of shares and sale of stock (.1), Consult w/ Trustee re: stock sale, check due (.1), Review claims and prepare potential distribution report (.3) | 0.50<br>$175.00/ hr | $87.50 |
| 10/24/2014 | JMM | Edit Form 1 and Form 2 (.1), Draft email to Accountant re: Request for Tax Returns (.3), Draft follow-up email to Accountant re: Information requested (.2) | 0.60<br>$175.00/ hr | $105.00 |
| 10/24/2014 | JMM | TC to Debtor's Counsel re: information on original stock purchase (.1), TC to Wells Fargo re: same (.2), TC to Debtor's Counsel re: Request Debtor to call Wells Fargo to request historical statement (.2), | 0.50<br>$175.00/ hr | $87.50 |
| 10/24/2014 | JMM | Deposit check into TCMS (.1), Deposit check with Associated Bank via scanner (.1) | 0.20<br>$175.00/ hr | $35.00 |
| 10/27/2014 | JMM | Review and respond to email from Accountant re: Affidavit and Motion to Employ Accountants | 0.20<br>$175.00/ hr | $35.00 |
| 11/26/2014 | JAB | Open, review and approve October 2014 Bank Statement | 0.10<br>$450.00/ hr | $45.00 |
| 11/26/2014 | JMM | Process October 2014 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20<br>$175.00/ hr | $35.00 |
| 12/19/2014 | JAB | Open and approve November 2014 Bank Statement | 0.10<br>$450.00/ hr | $45.00 |
| 12/20/2014 | JMM | Process November 2014 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20<br>$175.00/ hr | $35.00 |

**Baldi Berg, Ltd**　　　　　　　　　　　　　　　　　　　　　　1/19/2015

Manes - Trustee Matters　　　　　　　　　　　　　　　　　　　Page　6

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 12/22/2014 | JAB | Review exemption claims, prepare and pay debtor's exemptions in stock. Review distribution report and adjust trustee compensable amounts | 1.00 $450.00/hr | $450.00 |
| 12/29/2014 | JMM | TC from Debtor re: Information on purchase of Walgreens Stock and cost per share (.2), Draft email to Lois re: same (.1) | 0.30 $175.00/hr | $52.50 |
| 12/29/2014 | JMM | Review case file for information needed to prep TFR (.3), Review claim and update system with information for the TFR and NFR (.4), Draft email to Accountant re: Tax Returns for Case (.3) | 1.00 $175.00/hr | $175.00 |
| 1/06/2015 | JMM | Draft Letter to IRS re: Filing of 2014 Tax Return and send to IRS via Certified Mail (.5), Draft Letter to IDOR re: Filing of 2014 Tax Return and send to IDOR via Certified Mail (.5), Draft Prompt Determination Letter to IRS re: 2014 Tax (.3), Draft Prompt Determination Letter to IDOR re: 2013 Tax (.3) | 1.60 $175.00/hr | $280.00 |
| 1/07/2015 | JMM | Cut Check re: IL 2014 State Taxes (.1) | 0.10 $175.00/hr | $17.50 |
| 1/09/2015 | JAB | Open and approve September 2013 bank statement | 0.10 $450.00/hr | $45.00 |
| 1/09/2015 | JMM | Draft Trustee Fee Application (1.4), Prepare coversheet, proposed Order and Affidavit (.3), Prepare TFR (1.1), and NFR (.4), Review and edit Trustee Final Report Package (.4) | 3.60 $175.00/hr | $630.00 |
| 1/13/2015 | JAB | Open, review and approve December 2014 Bank Statement | 0.10 $450.00/hr | $45.00 |
| 1/13/2015 | JMM | Process December 2014 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20 $175.00/hr | $35.00 |

　　　　　　　　　　　　　　　　　　　　　　　　　　Total Fees　$4,916.50

**Baldi Berg, Ltd**                                                              1/19/2015

Manes - Trustee Matters                                                          Page    7

## Expenses

| Start Date | Description | Quantity | Charges |
|---|---|---|---|
| 8/07/2014 | Sent Letter to Shareowner Services re: Indemnity Bond & Re-issue new Stock Certificate via Certified Mail | 1.00 @ /each | $7.40 |
| 1/06/2015 | 2014 Tax Return Sent to IRS via Certified Mail ($7.19) + 2014 Tax Return Sent to IDOR via Certified Mail ($7.40) + 2014 Tax Return Prompt Determination Letter Sent to IRS via Certified Mail ($7.40) + 2014 Tax Return Prompt Determination Letter Sent to IDOR via Certified Mail ($7.40) = | 1.00 @ /each | $29.39 |

|  |  |
|---|---|
| Total Expenses | $36.79 |
| Total New Charges | $4,953.29 |
| Previous Balance | $0.00 |
| Balance Due | $4,953.29 |

## Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Joseph A Baldi | 4.40 | $450.00 |
| Jason M Manola | 16.00 | $175.00 |
| Ricki K Podorovsky | 0.70 | $195.00 |

**Trustee's Final Fee Application**                                **Patricia C. Manes, Debtor**
                                                                              **Case No. 13-11797**

**Rule 2016 Affidavit**

**Exhibit B**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Patricia C. Manes, | ) | Case No. 13-11797 |
| | ) | |
| Debtor. | ) | Hon. Pamela S. Hollis |

**Trustee's Affidavit Pursuant to Rule 2016**

State of Illinois    )
County of Cook    )

I, Joseph A. Baldi, being first duly sworn upon oath, do depose and state as follows:

1. I am the duly appointed, qualified and acting trustee in this case and I have personal knowledge of the facts set forth herein.

2. I have read the First and Final Application for Allowance and Payment of Compensation of Joseph A. Baldi as trustee ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. I or my agents pursuant to my direction performed the services set forth and described in the Application.

3. I have not entered into any agreement with any other person or persons for the sharing of compensation to be received for services rendered in connection with this matter, except among the principals and associates of Baldi, Berg, Ltd., a law firm at which I was employed during the pendancy of this case. I have not previously received payment of any compensation for services rendered in connection with this case.

4. Further affiant sayeth naught.

_____
Joseph A. Baldi

Subscribed and Sworn to before me
on January 20, 2015

_____
Notary Public

OFFICIAL SEAL
JASON M MANOLA
Notary Public - State of Illinois
My Commission Expires Nov 1, 2015

**Exhibit B**