UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re                              )   Chapter 7
                                   )   Case No. 13-11797
    Patricia C. Manes,           )   Hon. Pamela S. Hollis
                                   )   Hearing Date: March 31, 2015
                Debtor.   )   Hearing Time: 10:30 A.M.

**COVER SHEET FOR APPLICATION FOR
PROFESSIONAL COMPENSATION**

Name of Applicant:  Baldi Berg, Ltd.

Authorized to Provide
Professional Services to:  Joseph A. Baldi, Trustee

Date of Order Authorizing
Employment:  January 23, 2013

Period for Which
Compensation is sought:  July 1, 2013 to Close of Case

Amount of Fees sought:  $5,255.00

Amount of Expense
Reimbursement sought:  $ 572.50

This is an:   Interim Application __    Final Application _X_

If this is **not** the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed |
|---|---|---|---|

**Not Applicable**

The aggregate amount of fees and expenses **paid** to the Applicant to date for services rendered and expenses incurred herein is: $ ___-0-___ .

Dated: March 6, 2015           Baldi Berg, Ltd.

                                By:   /s/ Joseph A. Baldi
                                       Joseph A. Baldi

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Case No. 13-11797 |
| Patricia C. Manes, | ) | Hon. Pamela S. Hollis |
| | ) | Hearing Date: March 31, 2015 |
| Debtor. | ) | Hearing Time: 10:30 A.M. |

**Application for Allowance and Payment of Final Compensation
to Baldi Berg, Ltd., Attorneys for Trustee**

Baldi Berg, Ltd. (f/k/a Baldi Berg & Wallace, Ltd.) ("BB"), attorneys for Joseph A. Baldi, as trustee ("Trustee") of the estate ("Estate") of Patricia C. Manes, debtor ("Debtor"), pursuant to section 330 of title 11, United States Code ("Code"), request this Court to enter an order for the allowance and payment to BB of $5,255.00 as final compensation for 24.50 hours of legal services rendered to the Trustee from July 1, 2013 through the close of this case and for reimbursement in the amount of $572.50 for actual and necessary expenses incurred in the performance of those services. In support thereof, BB respectfully states as follows:

**Introduction**

1. Debtor commenced this case on March 22, 2013 by filing a voluntary petition for relief under chapter 7 of the Code. Joseph A. Baldi is the duly appointed, qualified and acting chapter 7 trustee in this case.

2. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

3. The sole asset of this Estate is an interest in 300 shares of Walgreens stock ("Stock") which was owned by the Debtor at the time of filing.

4. The bar date for filing claims in this case was March 21, 2014.

**Retention of BB**

5. On June 26, 2014, the Court entered an ordered authorizing Trustee to employ Joseph A. Baldi and the law firm of Baldi Berg, Ltd. (f/k/a Baldi Berg & Wallace, Ltd.) as his counsel

in this case. A copy of the order authorizing Trustee to retain BB is attached hereto as Exhibit A. BB has served as counsel for Trustee at all times since its retention.

6. The professional qualifications and experience of the BB attorneys and paralegals who have performed substantial legal services for the Trustee during the period covered by this Application are set forth in Exhibit B. The attorneys and paralegal who were primarily responsible for representing the Trustee during the period covered by this fee application are:

> Joseph A. Baldi -- Partner
> Julia D. Loper – Associate
> Jason M. Manola – Paralegal

### Prior Compensation and Expense Reimbursement Received

7. This is the first and final application ("Application") for allowance and payment of compensation and expense reimbursement that BB will file in this case.

### Services Rendered by BB

8. Itemized and detailed descriptions of the specific services rendered by BB to the Trustee for which compensation is sought in this Application are reflected on the billing statements attached hereto as Exhibit C. The billing statements set forth the name of each attorney or paralegal, the amount of time spent rendering each service, the date on which each service was rendered, a description of the service rendered and the total number of hours of services rendered by each attorney or paralegal in each category. A listing of the attorneys and paralegals, their position with the firm, hourly rates, as adjusted from time to time, and the total hours expended by each professional is detailed below:

| **PROFESSIONAL** | **TITLE** | **RATES** | **HOURS** |
|---|---|---|---|
| Joseph A. Baldi | Partner | $450.00 | 3.30 |
| Julia D. Loper | Associate | $250.00 | 0.80 |
| Jason M. Manola | Paralegal | $175.00 | 20.40 |
| **TOTALS** | | | 24.50 |

9. The services rendered by BB during the period covered by this Application are summarized below:

BB represented the Trustee on general case administration matters, including liquidation of

2

the Estate's interest in the debtor's Stock. As requested by Trustee, BB prepared and presented Trustee's Motion to Employ Attorneys. BB advised Trustee as to his duties and obligations under the Bankruptcy Code, reviewed and analyzed the debtor's schedules, transferred and liquidated the debtor's Stock. Since the Debtor had lost the original Stock Certificate, BB had to obtain a bond of indemnity in order for a new Stock Certificate to be issued. After consulting with several indemnity bond providers, BB was able to secure a bond of indemnity. BB prepared and presented Trustee's Motion to Enter an Indemnity Agreement and Pay Bond Premium. After approval by the Court and issuance of a new Stock Certificate, BB advised the Trustee on the steps needed to liquidate the stock and transfer of the proceeds into an estate bank account. In order to comply with tax regulations on the sale of Stock, BB prepared and presented Trustee's Motion to Employ Accountants. Furthermore, BB also prepared this final fee application and the Accountant's fee application.

In connection with the foregoing, BB spent 24.50 hours for which it requests allowance and payment of final compensation in the amount of $5,255.00.

**Compensation Requested**

10.    BB has expended a total of 24.50 hours for the services described and categorized in paragraph nine above. The total value of those services is $5,255.00.

11.    All of the services performed by BB were required for proper representation of the Trustee in this case, were authorized by this Court and were performed by BB at the request and direction of the Trustee. Pursuant to Section 330 of the Code and the generally applicable criteria with respect to the nature, extent and value of the services performed, all of BB's services are compensable and the compensation requested herein is fair and reasonable. There has been no duplication of services rendered to the Trustee by BB for which compensation is requested. In those instances where two or more attorneys participated in any matter, such joint participation was necessary due to the complexity of the problems involved.

12.    The rates charged by the attorneys and paralegals of BB in this Application are their

usual and customary hourly rates charged during the period covered by this Application for work performed for other clients in both bankruptcy and non-bankruptcy matters. A list of each person who performed services for the Trustee and their hourly rate is contained in the billing statements attached hereto as Exhibit C and is summarized in paragraph 8 above.

**Reimbursement of Expenses**

13. In connection with the services rendered, BB incurred actual and necessary expenses in the amount of $572.50. The expenses incurred by BB were for the payment of a bond payment premium which was needed in order to secure a duplicate Stock Certificate as well as the FedEx delivery of the bond payment check. An itemized list of the expenses incurred is included within the billing statements attached hereto as Exhibit C.

**Payment of Compensation**

14. BB has not entered into any agreement or understanding of any kind, express or implied, with any other entity to share any compensation received or to be received by BB for services rendered to the Trustee in connection with this case

15. BB has not previously received or been promised any payments for services rendered in this case.

16. The Affidavit of Joseph A Baldi pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure is attached hereto as Exhibit D and made a part hereof.

17. The proposed source for payment of the compensation requested in this Application are the Estate funds in the Trustee's possession, collected by him during his administration of this case.

**Status of the Case**

18. The Trustee has administered all of the assets belonging to this Estate and completed his review and analysis of the claims filed against the Estate.

19. Trustee has completed and filed his Final Report simultaneously herewith. Final Fee Applications for the Trustee has also been filed concurrently with this Application.

### Financial Condition of the Case

20. Trustee currently has approximately $16,169.28 on deposit in the Estate's bank accounts. The Chapter 7 administrative expenses that are currently owing and those the Trustee anticipates the Estate will incur prior to the closing of this case include 1) the fees and expenses allowed to Trustee in connection with his final fee application, 2) the legal fees and expenses allowed to BB in connection with this final fee application, 3) the legal fees and expenses allowed to Trustee's accountants in connection with this final fee application, and 4) any fees which may be due or outstanding to the offices of the United States Trustee and the Clerk of the United States Bankruptcy Court.

21. Following payment of all Chapter 7 administrative expenses set forth above, Trustee estimates there will be funds available to make a 100.0% final distribution to the Estate's sole timely filed general unsecured creditor in this case.

### Trustee's Approval

22. BB certifies that the Trustee has received, reviewed and approved this Application.

WHEREFORE, Baldi Berg, Ltd., attorneys for Joseph A. Baldi, as trustee, requests the entry of an order providing the following:

A. Allowing to Baldi Berg, Ltd. final compensation in the amount of $5,255.00 for actual and necessary professional services rendered to the Trustee from July 1, 2013, through the closing of this case;

B. Allowing to Baldi Berg, Ltd. reimbursement of actual expenses incurred in the amount of $572.50;

C. Authorizing Trustee to pay the amounts to Baldi Berg, Ltd. from the funds on hand in the Estate as part of the Trustee's final distribution; and

D. For such other and further relief as this Court deems appropriate.

Dated: March 6, 2014                     Baldi Berg, Ltd.

                                         Attorneys for Joseph A. Baldi, as trustee of the estate
                                         of Patricia C. Manes, Debtor


                                         By:_____/s/ Joseph A. Baldi_____

Joseph A. Baldi
Baldi Berg, Ltd.
20 N. Clark Street, Ste. 200
Chicago, IL  60602
312.726.8150

6

**Baldi Berg, Ltd.**  **Patricia C. Manes, Debtor**
**Final Fee Application**  **Case No. 13-11797**

Retention Order

Exhibit A

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   13-11797 |
| | ) | |
| Patricia C. Manes, | ) | Chapter: 7 |
| | ) | Honorable Pamela S. Hollis |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

### Order Authorizing Trustee to Employ Attorneys

THIS CAUSE comes before this Court on the Trustee's Application to Employ Joseph A. Baldi and the law firm of Baldi Berg, Ltd. as attorneys for Trustee and the supporting affidavit of Joseph A. Baldi and the Court being fully advised in the premises:

IT IS HEREBY ORDERED that Joseph A. Baldi, as trustee of the estate of Patricia C. Manes, debtor, is authorized to employ Joseph A. Baldi and the law firm of Baldi Berg, Ltd. to act as counsel for the Trustee, with compensation to be paid in such amounts as may be allowed by this Court upon proper application.

Enter: /s/ Pamela S. Hollis

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated: June 26, 2014

**Prepared by:**

Joseph A. Baldi
Baldi Berg, Ltd
20 N. Clark Street, Suite 200
Chicago, IL  60602
(312) 726-8150

**Baldi Berg, Ltd.**  **Patricia C. Manes, Debtor**
**Final Fee Application**  **Case No. 13-11797**

**Professional Qualifications**

**Exhibit B**

## Baldi Berg, Ltd.

### Joseph A. Baldi

Joseph Baldi is the founding member of the Chicago bankruptcy boutique firm of Baldi Berg & Wallace, Ltd. (formerly Joseph A. Baldi & Associates, P.C.). Prior to establishing the firm in 2000, Mr. Baldi was a partner in the Chicago law firms of Schwartz & Freeman and Rosenthal and Schanfield, P.C., where he served as chairman of bankruptcy and reorganization practice group. In addition to his experience in private practice, Mr. Baldi spent five years as a staff attorney with the Office of the United States Trustee, a component of the United States Department of Justice.

Mr. Baldi has specialized in insolvency law for over 25 years and has extensive experience in a variety of settings, including bankruptcies, workouts, receiverships and assignments for the benefit of creditors. He has represented clients in all sectors of the bankruptcy arena, including debtors, bankruptcy trustees, lenders, claimholders and creditor committees. Mr. Baldi has counseled both individual and corporate debtors in chapter 7, 11, and 13 cases and has significant experience with complex commercial bankruptcies.

In addition to his experience acting as bankruptcy counsel, Mr. Baldi is a long time member of the panel of private bankruptcy trustees appointed by the United States Trustee's Office for the Northern District of Illinois. In over twenty years as a chapter 7 trustee, Mr. Baldi has liquidated a broad range of business entities, including law firms, real estate ventures, distributorships, retail firms and financial service providers. He has also operated numerous businesses as a chapter 11 trustee, including an aluminum manufacturing facility, a steel mini-mill, and an industrial real estate partnership.

Mr. Baldi is licensed to practice law in the state of Illinois and admitted to practice before the Seventh Circuit Court of Appeals and many federal bankruptcy courts in the Midwest. He is a member of the Chicago Bar Association, National Association of Bankruptcy Trustees and American Bankruptcy Institute, where he is a frequent lecturer on a variety of bankruptcy topics.

In addition to his legal pursuits, Mr. Baldi is active in municipal affairs in his hometown of Park Ridge, Illinois and currently serves as a commissioner on the city's Planning and Zoning Commission. Mr. Baldi graduated *cum laude* from the DePaul University College of Law and holds a B.A. in Psychology from Western Illinois University.

## Baldi Berg, Ltd.

### Julia D. Loper

Julia D. Loper is an associate with the firm and represents bankruptcy trustees and debtors in chapter 7, chapter 11, and chapter 13 bankruptcies. Ms. Loper has worked with Baldi Berg, Ltd. since 2009. Ms. Loper also has general civil litigation experience. Ms. Loper is admitted to practice in the State of Illinois and the United States District Court for the Northern District of Illinois. She is a member of the Chicago Bar Association. Ms. Loper received her Juris Doctor from Michigan State College of Law and received her Bachelor of Arts degree from University of Utah in Psychology and Gender Studies.

### Jason M. Manola

Jason M. Manola is a Paralegal with the firm. Mr. Manola has worked with Baldi Berg, Ltd. since 2011. He is a member of the Chicago Bar Association, DuPage County Bar Association, and the Sports Lawyers Association. Mr. Manola is currently pursuing his Paralegal Certificate at the College of DuPage in Glen Ellyn, Illinois. Mr. Manola received his Bachelor of Arts degree from the University of Iowa in Sports Management and Entrepreneurship.

**Baldi Berg, Ltd.**  **Patricia C. Manes, Debtor**
**Final Fee Application**  **Case No. 13-11797**

**Billing Statements**

**Exhibit C**

**Baldi Berg, Ltd.**
20 N. Clark Street
Suite 200
Chicago, IL 60602

Phone: (312) 726-8150
Fax:    (312) 470-6323

FEIN: 36-4352753

**Invoice submitted to:**

January 19, 2015
Invoice No:   02550

Joseph A Baldi
Baldi Berg, Ltd.
20 North Clark Street
Suite 200
Chicago, IL 60602

**In Reference to:**   *Manes - General Administration*

**Professional Services**

| Date | Staff | Description | Hours | Charges |
|---|---|---|---|---|
| 7/01/2013 | JAB | Review Walgreens stock transfer documentation to initiate transfer of stock to estate | 0.50 $450.00/hr | $225.00 |
| 8/07/2013 | JMM | Request EIN from IRS (.2), Reviewed and Completed Stock Transfer Form (.7), Draft Letter to Shareowner Services re: Transfer Stock & Instructions on Selling (.4) | 1.30 $175.00/hr | $227.50 |
| 9/17/2013 | JMM | Review Letter from Wells Fargo re - other 200 shares (.2), Consult w/ JAB re: Bond of Indemnity (.2), TC to Beyer Insurance (.2), Review Email from Beyer Insurance (.1), Fill out Surety Application (.8), Consult w/ JAB re: Application (.2), TC to Debtor's Counsel re: Stock Certificate (.1), TC to Shareowner Services re: Instructions, Stock Certificate (.6) | 2.40 $175.00/hr | $420.00 |
| 11/19/2013 | JMM | Consult w/ JAB re: Status of Manes Stock Account (.4), Reviewed Stock Options Accounts and Bond Application for New Stock Certificate (.3), Drafted up new Bond Application for Stock Transfer (.2), TC to Wells Fargo re: Online Access (.3) | 1.20 $175.00/hr | $210.00 |
| 11/26/2013 | JMM | Review email re: Bond Denial (.2), Review Letter from Wells Fargo re: Potential Indemnity Suitors (.1), TC to | 0.50 $175.00/hr | $87.50 |

**Baldi Berg, Ltd**  1/19/2015

Manes - General Administration  Page 2

Special Risk Managers of America (.2)

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 4/08/2014 | JMM | Consult w/ Trustee re: Cooley Bk Case - lost stock certificate (.2) | 0.20<br>$175.00/ hr | $35.00 |
| 6/06/2014 | JMM | TC to Wells Fargo re: updated information regarding companies which underwrite indemnity bonds (.2), TC w/ Fayth @ Donald Blaikie & Company, Insurance re: application to underwrite bond (.2) | 0.40<br>$175.00/ hr | $70.00 |
| 6/11/2014 | JMM | TC to Fayth @ Donald Blaike & Company re: Indemnity Bond for Walgreens Shares (.3), Review email from Fayth re: Indemnity Agreement & Affidavit (.1), Fill out Indemnity Agreement & Affidavit (.4), Draft email to Trustee re: Review bond application and affidavit (.4) | 1.20<br>$175.00/ hr | $210.00 |
| 6/19/2014 | JAB | Review documentation regarding lost certificate bond, indemnity for reissuance of certificate, affidavit re same (.7), Consult w/ JMM re: procedure, issues with transfer and bond of indemnity (.3) | 1.00<br>$450.00/ hr | $450.00 |
| 6/19/2014 | JMM | Review Lost Securities Affidavit and Indemnity Agreement (.1), Consult w/ JAB re: Affidavit and Agreement (.1), Make edits to Affidavit and Agreement (.1), Draft email to Fayth at Blaike & Company re: completed application and affidavit, procedure re: Acquiring Lost Security Certificate (.3) | 0.60<br>$175.00/ hr | $105.00 |
| 6/19/2014 | JMM | Consult w/ JAB re: Motion to Approve Indemnity Agreement (.2), Draft Motion to Approve Indemnity Agreement and Approve Payment of Bond Premium (1.2), Draft Order Authorizing Agreement & Payment (.1), TC w/ Blaikie Group re: Motion to Approve - need approval of Bk Court (.2) | 1.70<br>$175.00/ hr | $297.50 |
| 6/20/2014 | JMM | Draft Motion to Employ Attorneys (.7), Draft Affidavit and Order (.2), Edit re: same (.2) | 1.10<br>$175.00/ hr | $192.50 |

**Baldi Berg, Ltd**                                                                1/19/2015

Manes - General Administration                                           Page    3

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 6/23/2014 | JMM | Edit Motion to Enter Into Indemnity Agreement and Proposed Order re: JAB edits (.3) | 0.30<br>$175.00/ hr | $52.50 |
| 6/26/2014 | JDL | Appear in court on motion to employ attorneys and motion to enter into indemnity agreement, pay fee. | 0.80<br>$250.00/ hr | $200.00 |
| 7/07/2014 | JMM | Review Lost Bond Certificate from Blaikie Group (.2), Review Lost Transfer Procedure and steps needed to obtain shares (.4) | 0.60<br>$175.00/ hr | $105.00 |
| 7/29/2014 | JMM | Review Bond for Instrument - Lost or Destroyed Form (.2), Draft email to Blaikie Group re: errors on Bond for Instruments - Lost or Destroyed (.3) | 0.50<br>$175.00/ hr | $87.50 |
| 8/06/2014 | JMM | Review Amended Bond for Lost Instrument and prepare for TR to sign (.2), Draft Stock Power Form for transfer of shares (.3), Review letter and advise TR of next step in acquiring shares (.2) | 0.70<br>$175.00/ hr | $122.50 |
| 8/07/2014 | JMM | Edit Stock Power Form for transfer of shares (.2), Consult w/ Trustee re: next steps (.1), Draft Letter to Shareowner Services re: Issue New Stock Certificate (.6) | 0.90<br>$175.00/ hr | $157.50 |
| 9/05/2014 | JMM | TC from Wells Fargo re: Non-acceptance of Notice of Bk Filing, Need Letter of Trustee Appointment (.3), TC to UST re: same (.1), Draft email to UST re: same (.2) | 0.60<br>$175.00/ hr | $105.00 |
| 9/10/2014 | JMM | TC to Wells Fargo Shareowner Services re: Clerk's inability to certify UST Letter of Appointment (.4) | 0.40<br>$175.00/ hr | $70.00 |
| 9/12/2014 | JMM | TC with Wells Fargo Shareowner Services re: Ownership Change and need for certified documentation for change of ownership | 0.20<br>$175.00/ hr | $35.00 |

**Baldi Berg, Ltd**                                                                1/19/2015

Manes - General Administration                                            Page    4

| Date | Initials | Description | Quantity | Charges |
|---|---|---|---|---|
| 9/18/2014 | JMM | TC w/ Heather @ Wells Fargo Shareowner Services re: Liquidation of Stock Procedure, Items needed to complete transfer | 0.40 $175.00/ hr | $70.00 |
| 9/22/2014 | JAB | Draft Stock Power Form for Transfer of Shares (.3), Obtain Certified Medallion for transfer of shares (.2) | 0.50 $450.00/ hr | $225.00 |
| 9/22/2014 | JMM | Draft Letter to Shareowner Services re: Amended Stock Power Form and transfer of shares to account (.4) | 0.40 $175.00/ hr | $70.00 |
| 10/13/2014 | JMM | TC to Shareowner Services re: Procedure to sell shares in Account (.5), Draft Fax Request to Shareowner Services re: same (.4) | 0.90 $175.00/ hr | $157.50 |
| 10/24/2014 | JMM | Draft Motion to Employ Accountants (.7), Affidavit (.1) and Order (.1), Edit to Motion to Employ (.2) | 1.10 $175.00/ hr | $192.50 |
| 12/22/2014 | JAB | Review tax issues with accountant, discuss filing returns without basis information from debtor. (.4) Prepare letter to debtor regarding exemption, tax issues, surplus payment to debtor.(.6) | 1.00 $450.00/ hr | $450.00 |
| 1/09/2015 | JMM | Draft BB Fee Application (1.2), Coversheet, Proposed Order and Affidavit (.3), Review and edit Fee App (.3) | 1.80 $175.00/ hr | $315.00 |
| 1/14/2015 | JAB | Review Trustee and BB Fee Application. | 0.30 $450.00/ hr | $135.00 |
| 1/14/2015 | JMM | Draft Trustee's Accountant Fee Application (.8), Affidavit (.1), Draft email to Accountant re: bill, affidavit, proposed fee app (.1) | 1.00 $175.00/ hr | $175.00 |

                                                                    Total Fees    $5,255.00

**Expenses**

Start Date   Description                                               Quantity        Charges

**Baldi Berg, Ltd**  1/19/2015

Manes - General Administration          Page    5

| Date | Description | Qty | Amount |
|---|---|---|---|
| 6/27/2014 | Sent Bond Payment Check to Blaikie Group via FedEx Overnight mail ($39.50) | 1.00 @ /each | $39.50 |
| 6/27/2014 | Cut Firm Check to Blaikie Group re: Bond Payment Premium (3.5% of total stock value = $533.00) | 1.00 @ /each | $533.00 |

|  |  |
|---|---|
| Total Expenses | $572.50 |
| Total New Charges | $5,827.50 |
| Previous Balance | $0.00 |
| Balance Due | $5,827.50 |

### *Timekeeper Summary*

| Name | Hours | Rate |
|---|---|---|
| Joseph A Baldi | 3.30 | $450.00 |
| Julia D Loper | 0.80 | $250.00 |
| Jason M Manola | 20.40 | $175.00 |

**Baldi Berg, Ltd.**　　　　　　　　　　　　　　　　　　　　**Patricia C. Manes, Debtor**
**Final Fee Application**　　　　　　　　　　　　　　　　　　**Case No. 13-11797**

**Rule 2016 Affidavit**

**Exhibit D**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Patricia C. Manes, | ) | Case No. 13-11797 |
| | ) | |
| Debtor. | ) | Hon. Pamela S. Hollis |

**Rule 2016 Affidavit**

State of Illinois   )
County of Cook    )

I, Joseph A. Baldi, being first duly sworn upon oath, do depose and state as follows:

1. I am the principal of Baldi Berg, Ltd. and am authorized to execute this affidavit on behalf of Baldi Berg, Ltd.

2. I have read the First and Final Application for Allowance and Payment of Compensation and Expense Reimbursement of Baldi Berg, Ltd., Attorneys for Trustee ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. Baldi Berg, Ltd. has performed the services and incurred the expenses set forth and described in the Application at the request and pursuant to the direction of the Trustee.

3. A copy of the Application has been provided to Trustee and the Trustee has reviewed and approved the Application.

4. Baldi Berg, Ltd. has not previously received payment of any compensation for services rendered or reimbursement for expenses incurred in connection with this case. Baldi Berg, Ltd. has not entered into any agreement with any other person or persons for the sharing of compensation or expense reimbursement received or to be received for services rendered or expenses incurred in connection with this matter, except among the principals and associates of Baldi Berg, Ltd.

5. Further affiant sayeth naught.

_____
Joseph A. Baldi

Subscribed and Sworn to before me
this 20 day of January, 2015

_____
Notary Public

OFFICIAL SEAL
JASON M MANOLA
Notary Public - State of Illinois
My Commission Expires Nov 1, 2015

**Exhibit D**