# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: §
§
MANES, PATRICIA C. § Case No. 13-11797
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joseph A. Baldi, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    U.S. Bankruptcy Court
    219 S. Dearborn, 7th Floor
    Chicago, Illinois  60604

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at :

     10:30 a.m., on March 31, 2015
     in Courtroom 644, U.S. Courthouse
     219 S. Dearborn St., Chicago, IL

   If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____    By: Jeffrey P. Allsteadt
                                                                  Clerk of the US Bankruptcy Court

*Joseph A. Baldi*
*20 N. Clark St. Suite 200*
*Chicago, IL 60602*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
MANES, PATRICIA C. §   Case No. 13-11797
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 18,315.69 |
| and approved disbursements of | $ | 2,146.41 |
| leaving a balance on hand of[1] | $ | 16,169.28 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Joseph A. Baldi | $ 2,118.27 | $ 0.00 | $ 2,118.27 |
| Trustee Expenses: Joseph A. Baldi | $ 36.79 | $ 0.00 | $ 36.79 |
| Attorney for Trustee Fees: BALDI BERG | $ 5,255.00 | $ 0.00 | $ 5,255.00 |
| Attorney for Trustee Expenses: BALDI BERG | $ 572.50 | $ 0.00 | $ 572.50 |
| Accountant for Trustee Fees: Popowcer Katten, Ltd | $ 900.00 | $ 0.00 | $ 900.00 |
| Other: International Sureties | $ 0.05 | $ 0.05 | $ 0.00 |
| Other: SHAREOWNER SERVICES | $ 50.00 | $ 50.00 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 8,882.56 |
| Remaining Balance | | $ | 7,286.72 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 4,589.47 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | American InfoSource LP | $ 4,589.47 | $ 0.00 | $ 4,589.47 |
| | Total to be paid to timely general unsecured creditors | | $ | 4,589.47 |
| | Remaining Balance | | $ | 2,697.25 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

     Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

     Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

     To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.2 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 14.24 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

     The amount of surplus returned to the debtor after payment of all claims and interest is $ 2,683.01 .

     Prepared By: /s/ Joseph A. Baldi
                                    Joseph A. Baldi, Trustee

*Joseph A. Baldi*
*20 N. Clark St. Suite 200*
*Chicago, IL 60602*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  
Patricia C. Manes  
      Debtor

Case No. 13-11797-PSH  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1     User: gbeemster     Page 1 of 1     Date Rcvd: Mar 09, 2015  
                    Form ID: pdf006     Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2015.
```
db             #+Patricia C. Manes,    1313 Salford,    Schaumburg, IL 60193-4887
20220445         Autopass Store at CFNA,    c/o Client Services, Inc.,    3451 Harry Truman Blvd.,
                   Saint Charles, MO 63301-4047
20220446        +Bank of America,    Bankruptcy Department,    CA6-919-0241, PO Box 5170,
                   Simi Valley, CA 93062-5170
20220449         CRDT FIRST (Credit First),    6275 Eastland Rd.,    Brook Park, OH 44142-1399
20220447        +Chase,    Attn: Bankruptcy Dept,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
20220448         Chase Mortgage,    PO Box 24696,    Columbus, OH 43224-0696
20220451        +JPM Chase,    PO Box 24696,    Columbus, OH 43224-0696
20220452         Target,    PO Box 673,    Minneapolis, MN 55440-0673
20220453         Target Corporation,    PO Box 038994,    Tuscaloosa, AL 35403-8994
20220454        +Target NB,    CCS Gray OPS Center,    PO Box 6497,    Sioux Falls, SD 57117-6497
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
21356121          E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 10 2015 01:41:11
                   American InfoSource LP as agent for,    TD Bank, USA,    PO Box 248866,
                   Oklahoma City, OK   73124-8866
20443948          E-mail/Text: rod.support@cookcountyil.gov Mar 10 2015 01:39:14      Cook County Clerk,
                   118 N. Clark St., Room 112,    Chicago, iL 60602-1332
                                                                                             TOTAL: 2

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20220450         ##+Freedman Anselmo Lindberg & Rappe,    1807 W Diehl,    Naperville, IL 60563-1890
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2015                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 6, 2015 at the address(es) listed below:
```
              David M Siegel    on behalf of Debtor Patricia C. Manes davidsiegellaw@hotmail.com,
               davidmsiegel@hotmail.com;author@proofofpayments.com;johnellmannlaw@gmail.com
              Joseph A Baldi    on behalf of Trustee Joseph A Baldi, Tr jabaldi@baldiberg.com,
               jmanola@baldiberg.com
              Joseph A Baldi, Tr    on behalf of Attorney    Baldi Berg, Ltd. jabaldi@baldiberg.com,
               jbaldi@ecf.epiqsystems.com;jmanola@baldiberg.com
              Joseph A Baldi, Tr    jabaldi@baldiberg.com,    jbaldi@ecf.epiqsystems.com;jmanola@baldiberg.com
              Joseph A Baldi, Tr    on behalf of Accountant    Popowcer Katten Ltd jabaldi@baldiberg.com,
               jbaldi@ecf.epiqsystems.com;jmanola@baldiberg.com
              Joseph A Baldi, Tr    on behalf of Trustee Joseph A Baldi, Tr jabaldi@baldiberg.com,
               jbaldi@ecf.epiqsystems.com;jmanola@baldiberg.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 7
```