UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
§
MANES, PATRICIA C. § Case No. 13-11797
§
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joseph A. Baldi, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 336,625.00 *(Without deducting any secured claims)* | Assets Exempt: 24,400.00 |
| Total Distributions to Claimants: 4,603.71 | Claims Discharged Without Payment: 48,093.00 |
| Total Expenses of Administration: 9,078.97 | |

3) Total gross receipts of $ 18,315.69 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 4,633.01 (see **Exhibit 2**), yielded net receipts of $ 13,682.68 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 11,234.03 | 11,234.03 | 9,078.97 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 52,782.00 | 4,589.47 | 4,589.47 | 4,603.71 |
| **TOTAL DISBURSEMENTS** | $ 52,782.00 | $ 15,823.50 | $ 15,823.50 | $ 13,682.68 |

 4)  This case was originally filed under chapter 7 on  03/22/2013 .  The case was pending for 28 months.

 5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

 6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

 Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

 Dated: 07/16/2015     By:/s/Joseph A. Baldi
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Stock | 1129-000 | 18,155.94 |
| Dividends from Walgreens stock | 1223-000 | 159.75 |
| **TOTAL GROSS RECEIPTS** | | **$ 18,315.69** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| PATRICA A. MANES | Exemptions | 8100-002 | 1,950.00 |
| PATRICIA C. MANES | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 2,683.01 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 4,633.01** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH A. BALDI, TRUSTEE | 2100-000 | NA | 4,236.54 | 4,236.54 | 2,118.27 |
| JOSEPH A. BALDI, TRUSTEE | 2200-000 | NA | 73.58 | 73.58 | 36.79 |
| INTERNATIONAL SURETIES | 2300-000 | NA | 0.05 | 0.05 | 0.05 |
| SHAREOWNER SERVICES | 2420-000 | NA | 50.00 | 50.00 | 50.00 |
| Associated Bank | 2600-000 | NA | 63.36 | 63.36 | 63.36 |
| ILLINOIS DEPT. OF REVENUE | 2820-000 | NA | 83.00 | 83.00 | 83.00 |
| BALDI BERG | 3110-000 | NA | 5,255.00 | 5,255.00 | 5,255.00 |
| BALDI BERG | 3120-000 | NA | 572.50 | 572.50 | 572.50 |
| POPOWCER KATTEN, LTD | 3310-000 | NA | 900.00 | 900.00 | 900.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 11,234.03 | $ 11,234.03 | $ 9,078.97 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Autopass Store at CFNA c/o Client Services, Inc. 3451 Harry Truman Blvd. Saint Charles, MO 63301-4047 | | 1,000.00 | NA | NA | 0.00 |
| | Bank of America Bankruptcy Department CA6-919-0241, PO Box 5170 Simi Valley, CA 93062 | | 4,145.00 | NA | NA | 0.00 |
| | CRDT FIRST (Credit First) 6275 Eastland Rd. Brook Park, OH 44142-1399 | | 189.00 | NA | NA | 0.00 |
| | Chase Attn: Bankruptcy Dept 800 Brooksedge Blvd Westerville, OH 43081 | | 4,069.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Attn: Bankruptcy Dept 800 Brooksedge Blvd Westerville, OH 43081 | | 6,572.00 | NA | NA | 0.00 |
| | Chase Attn: Bankruptcy Dept 800 Brooksedge Blvd Westerville, OH 43081 | | 4,689.00 | NA | NA | 0.00 |
| | Chase Attn: Bankruptcy Dept 800 Brooksedge Blvd Westerville, OH 43081 | | 16,278.00 | NA | NA | 0.00 |
| | Chase Attn: Bankruptcy Dept 800 Brooksedge Blvd Westerville, OH 43081 | | 11,151.00 | NA | NA | 0.00 |
| 000001 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | 4,689.00 | 4,589.47 | 4,589.47 | 4,589.47 |
| | AMERICAN INFOSOURCE LP AS AGENT FOR | 7990-000 | NA | NA | NA | 14.24 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$ 52,782.00** | **$ 4,589.47** | **$ 4,589.47** | **$ 4,603.71** |

FORM 1 - PATRICIA C. MANES
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1

Exhibit 8

| Case No: | 13-11797 | PSH | Judge: Pamela S. Hollis | Trustee Name: | Joseph A. Baldi |
| Case Name: | MANES, PATRICIA C. | | | Date Filed (f) or Converted (c): | 03/22/13 (f) |
| | | | | 341(a) Meeting Date: | 05/16/13 |
| For Period Ending: | 07/16/15 | | | Claims Bar Date: | 03/21/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single Family Home 1313 Salford, Schaumburg, IL 60   order entered 3/13/14 compelling Trustee to abandon property | 300,000.00 | 0.00 | OA | 0.00 | FA |
| 2. Single Family Home 900 N. 8th Ave. Maywood, IL  60 (u) | 50,000.00 | 0.00 | | 0.00 | FA |
| 3. Stock   300 Shares of Walgreen Stock | 14,000.00 | 16,205.94 | | 18,155.94 | FA |
| 4. Checking account | 2,050.00 | 0.00 | | 0.00 | FA |
| 5. HOUSEHOLD GOODS | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. Wearing Apparel | 3,000.00 | 0.00 | | 0.00 | FA |
| 7. 2002 Dodge Ram | 3,000.00 | 0.00 | | 0.00 | FA |
| 8. Dog | 25.00 | 0.00 | | 0.00 | FA |
| 9. Dividends from Walgreens stock (u)   Trustee recovered quarterly dividends paid; will collect until stock sold | 0.00 | 0.00 | | 159.75 | FA |
| TOTALS (Excluding Unknown Values) | $373,075.00 | $16,205.94 | | $18,315.69 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

LFORM1

**UST Form 101-7-TDR (10/1/2010)** *(Page: 7)*

Ver: 18.05

FORM 1 - PATRICIA C. MANES
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 13-11797   PSH   Judge: Pamela S. Hollis | Trustee Name:   Joseph A. Baldi |
| Case Name: | MANES, PATRICIA C. | Date Filed (f) or Converted (c):   03/22/13 (f) |
| | | 341(a) Meeting Date:   05/16/13 |
| | | Claims Bar Date:   03/21/14 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Debtor had an interest in 300 shares of Walgreens stock. However, Debtor had lost original stock certificate. Trustee was able to transfer 100 shares of the stock to an estate stock account. Trustee received court authority on 6/26/14 to obtain indemnity bond which is necessary to obtain replacement certificate in order to ulitmately sell stock. Upon receipt of replacment certificate, Truste transferred remaing 200 shares and liquidating the stock in the estate stock account. Trustee obtained proceeds of approximately $18,000 from the sale of 300 shares of Walgreens stock. Trustee filed tax returns, reviewed claims filed. Final report filed. Final hearing held 3/31/15. Final distribution made. Will prepare TDR.

Initial Projected Date of Final Report (TFR): 01/31/15     Current Projected Date of Final Report (TFR): 01/31/15

/s/   Joseph A. Baldi
_____     Date: 07/16/15
JOSEPH A. BALDI

FORM 2 - PATRICIA C. MANES

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 13-11797 -PSH | | Trustee Name: | Joseph A. Baldi |
| Case Name: | MANES, PATRICIA C. | | Bank Name: | Associated Bank |
| | | | Account Number / CD #: | *******6826 Checking Account |
| Taxpayer ID No: | *******9788 | | | |
| For Period Ending: | 07/16/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/20/13 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 63.00 | | 63.00 |
| 02/05/14 | 003001 | International Sureties<br>701 Poydras Street #420<br>New Orleans, LA 70139 | Bond Premium Payment<br>Annual premium payment | 2300-000 | | 0.05 | 62.95 |
| 03/14/14 | 9 | WALGREENS | DIVIDEND PAID - WALGREENS STOCK | 1223-000 | 31.50 | | 94.45 |
| 06/16/14 | 9 | WALGREENS<br>Wells Fargo Bank, N.A.<br>Disbursing Agent | DIVIDEND PAID - WALGREENS STOCK | 1223-000 | 31.50 | | 125.95 |
| 08/07/14 | 003002 | SHAREOWNER SERVICES<br>LOST SECURITIES DEPARTMENT<br>PO BOX 64854<br>ST. PAUL, MN 55164-0854 | PROCESSING FEE - LOST STOCK CERT.<br>Processing Fee for Indemnity Bond to Secure New Stock Certificates | 2420-000 | | 50.00 | 75.95 |
| 09/19/14 | 9 | WALGREENS<br>Wells Fargo Bank, N.A.<br>Disbursing Agent | DIVIDEND PAID - WALGREENS STOCK | 1223-000 | 33.75 | | 109.70 |
| 10/24/14 | 3 | WELLS FARGO BANK, N.A.<br>Disbursing Agent | SALE OF WALGREENS STOCK | 1129-000 | 18,155.94 | | 18,265.64 |
| 11/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 18,255.64 |
| 12/05/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 26.26 | 18,229.38 |

Page Subtotals 18,315.69 86.31

Ver: 18.05

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

FORM 2                                                                                                                    Page: 2
**PATRICIA C. MANES**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                                                           Exhibit 9

| Case No: | 13-11797 -PSH | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|
| Case Name: | MANES, PATRICIA C. | Bank Name: | Associated Bank |
|  |  | Account Number / CD #: | *******6826  Checking Account |
| Taxpayer ID No: | *******9788 |  |  |
| For Period Ending: | 07/16/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 12/22/14 | 003003 | PATRICA A. MANES<br>1313 SALFORD AVENUE<br>SCHAUMBURG, IL 60193 | Debtor's Exemption | 8100-002 |  | 1,950.00 | 16,279.38 |
| 01/07/15 | 003004 | ILLINOIS DEPT. OF REVENUE<br>P.O. BOX 19053<br>SPRINGFIELD, IL 62794-9053 | 2014 Illinois State Tax Due<br>Illinois Form IL-1041-V | 2820-000 |  | 83.00 | 16,196.38 |
| 01/08/15 |  | Associated Bank | BANK SERVICE FEE | 2600-000 |  | 27.10 | 16,169.28 |
| 04/01/15 | 003005 | Joseph A. Baldi, Trustee<br>c/o Baldi Berg, Ltd.<br>20 N Clark Street, Ste. 200<br>Chicago, Illinois 60602 | Chapter 7 Compensation/Fees | 2100-000 |  | 2,118.27 | 14,051.01 |
| 04/01/15 | 003006 | Joseph A. Baldi, Trustee<br>c/o Baldi Berg, Ltd.<br>20 N Clark Street, Ste. 200<br>Chicago, Illinois 60602 | Chapter 7 Expenses | 2200-000 |  | 36.79 | 14,014.22 |
| 04/01/15 | 003007 | BALDI BERG<br>20 NORTH CLARK STREET<br>SUITE 200<br>CHICAGO, IL 60602 | Attorney for Trustee Fees (Trustee | 3110-000 |  | 5,255.00 | 8,759.22 |
| 04/01/15 | 003008 | BALDI BERG<br>20 NORTH CLARK STREET<br>SUITE 200 | Attorney for Trustee Expenses (Trus | 3120-000 |  | 572.50 | 8,186.72 |

Page Subtotals         0.00         10,042.66

Ver: 18.05

LFORM24
**UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*

FORM 2 PATRICIA C. MANES

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Exhibit 9

| Case No: | 13-11797 -PSH | | Trustee Name: | Joseph A. Baldi |
| --- | --- | --- | --- | --- |
| Case Name: | MANES, PATRICIA C. | | Bank Name: | Associated Bank |
| | | | Account Number / CD #: | *******6826 Checking Account |
| Taxpayer ID No: | *******9788 | | | |
| For Period Ending: | 07/16/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | CHICAGO, IL 60602 | | | | | |
| 04/01/15 | 003009 | Popowcer Katten, Ltd<br>35 E. Wacker Drive<br>Suite 1550<br>Chicago, Il 60601-2207 | Accountant for Trustee Fees (Truste | 3310-000 | | 900.00 | 7,286.72 |
| 04/01/15 | 003010 | American InfoSource LP<br>as agent for TD Bank, USA<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | Claim 000001, Payment 100.31028%<br><br>Claim        4,589.47<br>Interest         14.24 | <br><br><br>7100-000<br>7990-000 | | 4,603.71 | 2,683.01 |
| 04/01/15 | 003011 | PATRICIA C. MANES<br>760 BLUFF STREET<br>CAROL STREAM, IL 60188 | Surplus Funds | 8200-002 | | 2,683.01 | 0.00 |

| | | | | COLUMN TOTALS | 18,315.69 | 18,315.69 | 0.00 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | Less: Bank Transfers/CD's | 63.00 | 0.00 | |
| | | | | Subtotal | 18,252.69 | 18,315.69 | |
| | | | | Less: Payments to Debtors | | 4,633.01 | |
| | | | | Net | 18,252.69 | 13,682.68 | |

Page Subtotals          0.00          8,186.72

Ver: 18.05

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

FORM 2   PATRICIA C. MANES

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

Exhibit 9

| Case No: | 13-11797 -PSH | | Trustee Name: | Joseph A. Baldi |
| Case Name: | MANES, PATRICIA C. | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******0045 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9788 | | | |
| For Period Ending: | 07/16/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/16/13 | 9 | WALGREENS | 2nd Quarter Dividend Payment | 1223-000 | 31.50 | | 31.50 |
| 12/16/13 | 9 | WALGREENS | 3rd Quarter Dividend Payment | 1223-000 | 31.50 | | 63.00 |
| 12/20/13 | | Trsf To Associated Bank | FINAL TRANSFER | 9999-000 | | 63.00 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 63.00 | 63.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 63.00 | |
| Subtotal | 63.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 63.00 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********6826 | 18,252.69 | 13,682.68 | 0.00 |
| Checking Account (Non-Interest Earn - ********0045 | 63.00 | 0.00 | 0.00 |
| | 18,315.69 | 13,682.68 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    63.00    63.00

Ver: 18.05

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*